RICHARD R. TWAROG et al., Respondents, v. VINCENT D'ULISSE, Appellant. (Action No. 1.) HELEN D'ULISSE, Plaintiff, v. RICHARD R. TWAROG, Defendant. (Action No. 2.) ANNA MEROLA et al., Plaintiffs, v. RICHARD R. TWAROG et al., Defendants. (Action No. 3.) RYSZARD TWAROG, Plaintiff, v. VINCENT D'ULISSE, Defendant. (Action No. 4.)

828

No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.